AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JOSEPH CASAGRANDE,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**CASE NO.   2:13-CV-00238**

**OHIOHEALTH, et al.,**       **JUDGE EDMUND A. SARGUS, JR.**
                                               **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendants.**

_____  **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed February 18, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:   February 18, 2015                  RICHARD E. NAGEL, CLERK

                                                      */S/ Andy F. Quisumbing*
                                                       (By) Andy F. Quisumbing
                                                        Courtroom Deputy Clerk