# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH CASAGRANDE**, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:13-cv-00238 |
| | : | |
| v. | : | JUDGE SARGUS |
| | : | |
| **OHIOHEALTH CORP.** *et al.,* | : | MAGISTRATE JUDGE KEMP |
| | : | |
| Defendants. | : | |

## PLAINTIFF JOSEPH CASAGRANDE'S NOTICE OF APPEAL

On May 20, 2014, Plaintiff Joseph Casagrande filed a Motion for Partial Summary Judgment on Count I (FMLA Interference) of his Second Amended Complaint. (Doc No. 34) On May 22, 2014, Defendants filed a Motion for Summary Judgment on all claims brought by Plaintiff (Counts I and II of Plaintiff's Second Amended Complaint). (Doc. No. 35). This Court issued a final Opinion and Order on February 18, 2015, granting Defendants' Motion for Summary Judgment and denying Plaintiff's Motion for Partial Summary Judgment. (Doc. No. 44) The Court entered judgment dismissing Plaintiff Casagrande's claims (Doc. No. 45). Notice is given that Plaintiff Joseph Casagrande hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final Opinion and Order granting Defendants' Motion for Summary Judgment and denying Plaintiff's Motion for Partial Summary Judgment, and the accompanying Judgment Entry in this action on February 18, 2015.

Respectfully submitted,

s/ *Gregory R. Mansell*
Gregory R. Mansell (0085197)
*Greg.Mansell@Ohio-EmploymentLawyer.com*
Carrie J. Dyer (0090539)
*Carrie.Dyer@Ohio-EmploymentLawyer.com*
Mansell Law LLC
1457 S. High St.
Columbus, Ohio  43207
Phone: (614) 610-4134
Fax: (513) 826-9311
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 18, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's ECF system.

/s/ *Greg R. Mansell*
Greg R. Mansell (0085197)